UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Lonnie Earl Cover,<br><br>　　　　　Defendant. | Case No.: 2:12-cr-00277-APG-VCF<br><br>**ORDER** |

On October 15, 2013, the Court received the attached correspondence from Defendant Lonnie Earl Cover. *Ex parte* contact with the Court is not permitted. To the extent any party wishes some action to be taken based upon the contents of the letters, the appropriate motion should be filed.

DATED this 16th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE

Oct, 9, 013,

To: Judge Andrew P. Gordon, How are Are you sir! Today?
This is Mr. Lonnie Earl cover on The 2:12-cr-277 Habeas Corpus
Case That President Barack Obama order The Court To Do sir.

Again I'm ask why you people Have not call Me in Court on
Oct, 7, 2013, is It BeHind The Goverment lockDown, Again you
know The Goverment own Me! That why I'm Not in Court sir.

I Have not get Any legal Mail To Say My Date Have Be Scheduled
To Another Date sir.

So Again will I Be in Court when The Goverment lockDown
is over Judge Gordon sir?.

29. 17. 12. 10. Million Dollars look good To Me sir ☺ : one of
Those number Judge Andrew P. Gordon.

Thankyou very Much For Doing My writ of Habeas Corpus
Again Judge James ok sir.

I'll see you when you call Me in Court For Me Feedin
Again My Income From The united states of America
Federal Goverment! of The EasleinPrisonment Case
Since Aug, 13, 1996, To Aug, 10, 2012, That The President Put A
Stop To it sir.

　　　　P.S. Mr. Lonnie Earl cover
　　　　would like To Here From you
　　\\  About what goin on ok sir  //
　　　　Judge Andrew P. Gordon

Judge Andrew P. Gordon! Just To let you know I Don't like To Talk to Paul D. Riddle He was on The Government side when He know His people Have Violate My Right in The U.S.A. sir! Again He know They was wrong Sir. Since Aug, 13, 1996, To Aug, 10, 2012

Best is yet To Come For Mr. Cover

2013

Right's To come Back To Me

Thank You Again

Sir

Lonnie Earl Cover #47103045 CA.114
Nevada Southern Detention Center
2190 Mesquite Avenue
Pahrump, Nevada 89060

Legal Mail
Confidential

To: Judge Andrew P. Gordon G.C.
United States District Judge
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd South Suite 6085
Las Vegas, Nevada 89101